

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA
MAR 07 2007
ROBERT H. SHEMWELL, CLERK
BY ____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **THAMAS FARRIS, ET AL** | : | **DOCKET NO. 2:06 CV 2036** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiffs' motion to remand is DENIED. It is further ordered that there is summary judgment in favor of Enos Derbonne and against Plaintiffs dismissing all claims against Enos Derbonne with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of March, 2007.

JAMES T TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE